NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Judi.Harper@usdoj.gov
Assistant United States Attorney
310 West Sixth Street
Medford, Oregon  97501
Telephone:  (541) 776-3564
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　Plaintiff,<br><br>v.<br><br>**$174,340.12 U.S. CURRENCY**, *in rem*,<br><br>　Defendant. | 6:23-mc-64<br><br>**UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO<br>18 U.S.C. § 983(a)(3)(A)** |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted AnneMarie Sgarlata, attorney for claimant Philip Peters Janzen, who concurs with this extension.

On November 1, 2022, Philip Janzen filed a claim in a non-judicial civil forfeiture proceeding by the Drug Enforcement Administration to $174,340.12 U.S. Currency seized from Philip Janzen on or about August 22, 2022.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Philip Janzen, agree to extend the time in which the United States will file a complaint for forfeiture against the

$174,340.12 U.S. Currency or to obtain an indictment alleging that the assets are subject to forfeiture. Philip Janzen agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Monday, May 1, 2023.

Philip Janzen agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until May 1, 2023, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Philip Janzen shall not seek its return for any reason in any manner.

DATED: **January 24, 2023**                              Respectfully submitted,

                                                          NATALIE K. WIGHT
                                                          United States Attorney

                                                          s/ *Judith R. Harper*
                                                          **JUDITH R. HARPER**
                                                          Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period and a proposed Order on the party herein by sending via email on January 23, 2023, to:

AnneMarie Sgarlata
ams@sgarlatalaw.com
  Attorney for claimant Philip Janzen

 

s/ *Dawn Susuico*
DAWN SUSUICO
Paralegal